# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-2842

_____

CHRISTI LONG,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

Appellee.

_____

On appeal from Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

September 30, 2021

PER CURIAM.

AFFIRMED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christi Long, pro se, Appellant.

Amanda L. Neff, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.